Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED - USDC - FLMD - JAX
APR 11 2025 AM9:42

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

_____ Division

|  |  |
|---|---|
| Eddy B ~~Heart~~ *HART* | Case No. 3:25-CU-388-WWB-LLL |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  [ ] Yes  [x] No |
| -v- | |
| **Weiser Security and Matt Jones** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | **Eddy B Hart** |
| Street Address | **1750 Chaffee Rd South** |
| City and County | **Jacksonville** |
| State and Zip Code | **Florida 32221** |
| Telephone Number | **904-305-1182** |
| E-mail Address | **eddyhart@@gmail.com** |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | **Weiser Security Services** |
| Job or Title *(if known)* | **Unknown** |
| Street Address | **3100 University Blvd S # 230** |
| City and County | **Jacskonville Duval** |
| State and Zip Code | **Florida 32216** |
| Telephone Number | **904-725-4600** |
| E-mail Address *(if known)* | **unknown** |

Defendant No. 2

| | |
|---|---|
| Name | **Matt Jones** |
| Job or Title *(if known)* | **Mananager** |
| Street Address | **3100 University Blvd S #30** |
| City and County | **Jacksonville Duval** |
| State and Zip Code | **Florida 32216** |
| Telephone Number | *904-725-4600* |
| E-mail Address *(if known)* | *unknown* |

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    X  Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List rthe specific federal srtarturtes, federal treaties, and/or provisions of the United States Constitution thart are art issue in rthis ɑ

**42 U.S. Code $2000 e, Parrt Tirtle VII, of civil righrts acrt of 1964, defines rterms used in rthe acrt of unlawful employmernt of discriminartion based on race, color, religion, sex, gender, or nartional origin, andd applies rto employtiers.**

UC Code 624:Age discriminartion in empotymenrt in emplotymenrt acrt and ourtlines rthe congressional findings of and purpose ort pf rthe acrt, aiming rto promorte hiring of older persons based on abilirtty, nort age and prohibirts arbirtrarty age discriminartion.[i]

### B.    If the Basis for Jurisdiction Is Diversity of Citizen

1.    The Plaintiff(s)  N/A
                                                                **, is a citizen of the**

    a.    If the plaintiff is an individual      N/A

    b.        plaintiff, State/of                              N/A

    b.    If the plaintiff is a corporation          /              ɑ          /
        The plaintiff,  *(name)*       ɑ  NA          n          /    ɑ    , is incorporated

        under the srtaofsrtarte  rthe principal Srtarte place of of(name) bu

        and h    siness in the State of *(name*
                NA

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
        The defendant,  *(name)*        n/a                      , is a citizen of
        the State of *(name)*      n/a                      Or is a citizen of
        *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* __NA_____, is incorporated under

the laws of the State of *(name)* *N/A*_____, and has its

principal place of business in the State of *(name)* ___*N/A*_____

Or is incorporated under the laws of *(foreign nation)* ___*N/A*_____

and has its principal place of business in *(name)* ___*N/A*_____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**N/A**

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if neede

I am a white , 84 year ol individual within a protected age group.I was employed by the above named Respondent as security Guard. During my tenure, I consistency performed duties satisfactorily without any disciplinary actions performance issues. In March, 2024, the Respondent hired Ms Burks, an African American individual in her 40s. Following her hiring,I began to experience harassment and discrimination  after reporting a violation of company policy committed by Ms Burks to shift Captain Yates, who is also African American.  Please see page 2.

## IV.  IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    1.  Reinstatement of my employment at Weiser Security

    2. Reimbursement of damages to loss wages since May 22, 2024

    3. Damages claimed of loss of my good credit to adverse credit and lost of all my saving to having none to live on.

    4. Asking the court for 1 million in  punitive damages

Pg 2

Specifically, Ms. Burks violated the company policy by smoking on duty in my presence.
I reported this directly to Captain Yates while Ms. Burks was present. Instead of addressing the issue,
Ms. Burks responded by yelling and using obscene profanity towards me. Despite this behavior,
Captain Yates took no corrective action. Instead, I was retaliated against by being removed from my
assigned day shift and reassigned to the night shift, while Ms. Burks remained on the day shift without
any disciplinary action.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/11/24

Signature of Plaintiff

Printed Name of Plaintiff    Eddy B. Hunt

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address